

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-36,232-02

### EX PARTE DANIEL KELLER, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 924217-B IN THE 147TH DISTRICT COURT
### FROM TRAVIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and sentenced to forty-eight years' imprisonment. The Third Court of Appeals affirmed his conviction. *Keller v. State*, No. 03-92-00603-CR (Tex. App.—Austin Oct. 26, 1994)(unpublished).

Applicant has filed an unopposed motion to remand the application to conduct further investigation regarding his claims of actual innocence. We remand this application to the 147th

District Court of Travis County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 30 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 45 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: September 24, 2014
Do not publish